**UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DISTRICT**

| | | |
|---|---|---|
| FRONTIER AG, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-CV-02352 |
| | ) | |
| v. | ) | |
| | ) | |
| NUSEED AMERICAS INC. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DESIGNATION OF PLACE OF TRIAL</u>**

Plaintiffs designate Kansas City, Kansas as place of trial.

Respectfully submitted,

<u>/s/Court T. Kennedy            </u>.
Court Kennedy (KS. No. 22067)
Gates Shield Ferguson Swall Hammond, P.A.
Court T. Kennedy
10990 Quivira; Suite 200
Overland Park, KS 66210

And

<u>/s/Steven L. Theesfeld            </u>.
Steven L. Theesfeld (MN #216860
(Applying for Pro Hac Vice)
Yost & Baill, LLP
220 S. 6th Street, Suite 2050
Minneapolis, MN 55402